IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

ROSEMARY MCVICKER,

    Plaintiff,

v.      Case No. 22-cv-108-JFH

MUSKOGEE HOUSING AUTHORITY,

    Defendant.

## JUDGMENT

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant Muskogee Housing Authority and against Plaintiff Rosemary McVicker.

Dated this 4th day of October 2024.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE