**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ROSEMARY MCVICKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:22-cv-00108-JFH** |
| | ) | |
| **MUSKOGEE HOUSING AUTHORITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Rosemary McVicker, by and through her undersigned attorneys and Defendant, Muskogee Housing Authority by and through its undersigned attorneys, that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1), with each party to bear her or its own costs and attorney fees.

/s/ Teressa L. Webster
Teressa L. Webster, OBA #30767
Legal Aid Services of Oklahoma, Inc.
530 Court Street
Muskogee, OK 74401
Telephone: (918) 683-5681
Facsimile: (918) 683-5690
Teressa.Webster@laok.org

Alyssa J. Bryant, OBA #12228
Legal Aid Services of Oklahoma, Inc.
907 S. Detroit Ave., Suite 725
Tulsa, Oklahoma 74120
Telephone: (918) 238-1650
Facsimile: (918) 548-3060
Alyssa.Bryant@laok.org
*Attorneys for Plaintiff,*
*Rosemary McVicker*

1

*/s/ Terry M. Kollmorgen*
Terry M. Kollmorgen, OBA # 13713
Michael E. Esmond, OBA # 20481
MOYERS MARTIN, LLP
401 South Boston Avenue, Suite 1100
Tulsa, Oklahoma 74103
tmk@moyersmartin.com
esmond@moyersmartin.com
*Attorneys for Defendant,*
*Muskogee Housing Authority*