|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE TENTH CIRCUIT | FILED<br>United States Court of Appeals<br>Tenth Circuit<br><br>**February 18, 2025**<br><br>Christopher M. Wolpert<br>Clerk of Court |

ROSEMARY MCVICKER,

    Plaintiff - Appellant,

v.

MUSKOGEE HOUSING AUTHORITY,

    Defendant - Appellee.

No. 24-7095
(D.C. No. 6:22-CV-00108-JFH)
(E.D. Okla.)

## ORDER

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b)(1).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

                                    Entered for the Court

                                    CHRISTOPHER M. WOLPERT, Clerk